**Opinion issued April 14, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00032-CV

———————————

## IN THE INTEREST OF K.J.S., A CHILD

---

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 19-DCV-269188**

---

### MEMORANDUM OPINION

Appellant, Renesha Hamburg, has filed a motion to dismiss her appeal, stating she "no longer desires to prosecute this appeal." No opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Although the motion does not include a certificate of conference, more than ten days have passed, and no party has opposed Hamburg's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant Hamburg's motion and dismiss her appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

Appellant, Lee Sims, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. § 51.207, § 51.941(a), § 101.041; Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, Sims has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, Sims did not adequately respond. *See* TEX. R. APP. P. 5; 42.3(c).[1]

Accordingly, we dismiss Sim's appeal for nonpayment of all required fees and for want of prosecution.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Hightower.

---

[1] Hamburg also neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. § 51.207, § 51.941(a), § 101.041; Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Nor did Hamburg pay or make arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b).